IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

**FILED**

NOV 1 9 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-10057 |
| THOMAS BAUER, | ) VIO: 18 U.S.C. §§ 2242(b); |
| | ) 2252A(a)(3)(B) and (b)(1); and 2253. |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(Attempted Enticement of a Minor)

From on or about October 23, 2019 through on or about November 3, 2019, in Peoria County, Illinois and elsewhere within the Central District of Illinois, the defendant,

**THOMAS BAUER,**

using facilities of interstate commerce, that is an Apple Iphone Xs, connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

1

## COUNT TWO
(Soliciting an Obscene Visual Depiction of a Minor)

On or about November 2, 2019, in Peoria County, Illinois and elsewhere within the Central District of Illinois, the defendant,

**THOMAS BAUER,**

using facilities of interstate commerce, that is an Apple Iphone Xs, connected to the Internet, did knowingly solicit purported material that is an obscene visual depiction of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252A(a)(3)(B) and (b)(1).

## FORFEITURE NOTICE

1.　The charges contained in the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.　For his engagement in the violations alleged in the indictment the defendant,

**THOMAS BAUER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

a. Any visual depictions and other matter containing such visual depictions which were produced, transported, mailed, shipped, received, and possessed as alleged in the Indictment;

b. Any property, real and personal, constituting and traceable to gross profits and other proceeds obtained from the offenses alleged in the Indictment; and

c. Any property, real and personal, used and intended to be used to commit and promote the commission of the offenses alleged in the Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Apple Iphone Xs cellphone, S/N C39XF8VWKPFV.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL,

s/Foreperson
_____
FOREPERSON

s/Paul B Morris
_____
JOHN C. MILHISER
UNITED STATES ATTORNEY

PBM

4