**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-cr-10057 |
| | ) |
| THOMAS BAUER, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR COMPASSIONATE RELEASE**

NOW COMES the Defendant, THOMAS BAUER, by and through his attorneys, Charles Schierer and the law firm of Schierer & Ritchie, LLC, and for his Motion for Compassionate Release, pursuant to 18 U.S.C. § 3582(c)(1)(A), states as follows:

1. Defendant was sentenced to 78 months in the Federal Bureau of Prisons and committed to custody on May 11, 2021.

2. Defendant has numerous health conditions that compromise his immune system, and he entered into custody during a global health crisis due to the COVID-19 pandemic.

3. On April 5, 2022, Defendant submitted a request for compassionate release to the warden at FCI Milan. *See* Defendant's Ex. A.

4. On June 8, 2022, Defendant's request for compassionate release was denied. *See* Defendant's Ex. B.

5. Thus, Defendant has exhausted administrative remedies as required by 18 U.S.C. § 3582(c)(1)(A).

6. Defendant suffers from multiple health conditions that create a serious risk to his overall health and well-being in light of the COVID-19 pandemic. *See* Defendant's Ex. C.

7. Defendant's personal health characteristics, combined with the global health crisis, constitute extraordinary and compelling reasons for compassionate release.

8. Defendant incorporates by reference his Memorandum in Support of Defendant's Motion for Compassionate Release.

WHEREFORE, the Defendant respectfully requests this Motion be granted and for all other relief that is just and proper.

> Respectfully submitted,
>
> /s/ Charles Schierer
> Charles G. Schierer
> Schierer & Ritchie, LLC
> 1009 Illini Drive
> East Peoria, Illinois
> (T) 309-839-2024
> (F) 309-517-5856
> (E) chuck@srtriallawyers.com

## CERTIFICATE OF SERVICE

I, Charles G. Schierer, attorney, hereby certify that on May 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney's Office and all other CM/ECF participants.

> /s/ Charles Schierer
> Charles G. Schierer
> Schierer & Ritchie, LLC
> 1009 Illini Drive
> East Peoria, Illinois
> (T) 309-839-2024
> (F) 309-517-5856
> (E) chuck@srtriallawyers.com