TRULINCS 22918026 - BAUER, THOMAS - Unit: MIL-H-A
----

FROM: Warden
TO: 22918026
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/11/2022 09:52:06 AM

Your request has been forwarded to the RIS Coordinator. Thanks.

---

From: ~^! BAUER, ~^!THOMAS <22918026@inmatemessage.com>
Sent: Tuesday, April 5, 2022 9:44 PM
To: MIL-InmateToWarden (BOP) >
Subject: ***Request to Staff*** BAUER, THOMAS, Reg# 22918026, MIL-H-A

To: Warden Hemingway
Inmate Work Assignment: UWELD1234

I am requesting compassionate release due to my health risk, Covid-19, conditions of FCI Milan and the ongoing pandemic pursuant to USC 3582 (c)(1)(A)(i) and the CARES act

Thank you
Thomas Bauer



Exhibit A