```
 MILBU   540*23  *          SENTENCE MONITORING           *     06-26-2023
PAGE 001         *          COMPUTATION DATA              *     10:13:44
                             AS OF 06-26-2023


REGNO..: 22918-026 NAME: BAUER, THOMAS


FBI NO............: P3H6AHLNR        DATE OF BIRTH: 07-10-1984   AGE:  38
ARS1..............: MIL/A-DES
UNIT..............: 6 GP             QUARTERS.....: H02-224L
DETAINERS.........: NO               NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 07-29-2026

THE INMATE IS PROJECTED FOR RELEASE: 01-29-2027 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: ILLINOIS, CENTRAL DISTRICT
DOCKET NUMBER....................: 19-CR-10057-001
JUDGE............................: SHADID
DATE SENTENCED/PROBATION IMPOSED: 05-11-2021
DATE COMMITTED...................: 07-20-2021
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $100.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:   512      18:2251-2,2260 OBSCENE MATTR     FSA INELIGIBLE
OFF/CHG: 18:2252(A)(3)(B) & (B)(1) SOLICITING AN OBSCENE VISUAL
         DEPICTION OF A MINOR CT 2

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     78 MONTHS
 TERM OF SUPERVISION.............:      5 YEARS
 DATE OF OFFENSE.................: 11-02-2019




G0002        MORE PAGES TO FOLLOW . . .
```

GOVERNMENT
EXHIBIT

1

19-cr-10057

```
 MILBU  540*23  *         SENTENCE MONITORING         *    06-26-2023
PAGE 002 OF 002 *         COMPUTATION DATA            *    10:13:44
                          AS OF 06-26-2023

REGNO..: 22918-026 NAME: BAUER, THOMAS


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-29-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-10-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 07-20-2021
TOTAL TERM IN EFFECT............:    78 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     6 YEARS       6 MONTHS
EARLIEST DATE OF OFFENSE........: 11-02-2019

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    11-03-2019   11-06-2019

TOTAL PRIOR CREDIT TIME.........: 4
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 351
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 01-29-2027
ELDERLY OFFENDER TWO THIRDS DATE: 11-15-2025
EXPIRATION FULL TERM DATE.......: 01-15-2028
TIME SERVED.....................:     1 YEARS      11 MONTHS      11 DAYS
PERCENTAGE OF FULL TERM SERVED..:  29.9
PERCENT OF STATUTORY TERM SERVED:  35.1

PROJECTED SATISFACTION DATE.....: 01-29-2027
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: V/S MILAN FCI 7-20-21




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```