UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-10057 |
| THOMAS BAUER, | ) |
| Defendant. | ) |

**ORDER**

Thomas Bauer was sentenced, pursuant to 11(c)(1)(C) to 78 months for Soliciting an Obscene Visual Depiction of a Minor. He went into custody on July 20, 2021. His projected release is January 29, 2027.

He filed a Motion for Compassionate Release [41] on May 18, 2023. The United States responded [45] on July 5, 2023. For the reasons that follow, the Motion [41] is DENIED.

Bauer contends he has an extraordinary and compelling reason for release due to his health conditions of sleep apnea, ADHD, high blood pressure, asthma, palpitations, migraines, gastroesophageal reflux disease and restless leg syndrome.

Applying the same framework this Court has applied in past compassionate release cases (see, e.g. *United States v Melgarejo*, No. 12 CR 20050, ECF Doc 41 at p.5) (CDIL May 12, 2020), the Court finds that these allegations, as presented, do not rise to the level of extraordinary and compelling circumstances for compassionate release. In addition, Bauer has been vaccinated and has no work restrictions. The denial of the Motion comes after considering the factors in the policy statement in USSG §1B1.13, and the nonbinding "working definition" of what constitutes an extraordinary and compelling reason justifying compassionate release.

USSG§1B1.13; and *United States v Gunn*, 980 F.3d 1178, (7th Cir. 2020).

In addition, the Court would deny Bauer's release on 18 USC §3553(a) grounds. Bauer was arrested, and charged, pursuant to an undercover online operation on a digital dating application wherein he was told by an FBI Online Covert Employee known as "Baily" that she was 15 years old. Bauer made arrangements to meet "Baily" and arrived at the meeting place in Peoria with a cell phone, two condoms and a firearm. He was arrested.

The defendant received the benefit of a plea agreement to Count 2, avoiding the 10-year mandatory minimum from Count One. He has served slightly more than 24 months of his 78-month sentence. Reducing his sentence would not serve the purposes of promoting respect for the law, providing just punishment, and deterring other criminal conduct.

The Motion for Compassionate Release [41] is DENIED.

Entered this 16th day of August, 2023.

>s/ James E. Shadid
>JAMES E. SHADID
>UNITED STATES DISTRICT JUDGE